# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00208-CR

**Chad Thomas Pickett, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 53,119, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

Appellant Chad Thomas Pickett pleaded guilty to burglary of a habitation. *See* Tex. Pen. Code Ann. § 30.02 (West Supp. 2002). Pursuant to a plea bargain, the court assessed punishment, enhanced by previous convictions, at imprisonment for sixty years. As part of his plea bargain, appellant promised not to appeal. *See Blanco v. State*, 18 S.W.3d 218, 220 (Tex. Crim. App. 2000).

The clerk's record contains a written waiver of appeal signed by appellant and his attorney. This document, which reflects a knowing and voluntary waiver of the right to appeal, was signed on the day sentence was imposed. A defendant who knowingly and intelligently waives his right to appeal may not thereafter appeal without the consent of the trial court. *Ex parte Dickey*, 543 S.W.2d 99 (Tex. Crim. App. 1976); *see also Hurd v. State*, 548 S.W.2d 388 (Tex. Crim. App. 1977);

*Reed v. State*, 516 S.W.2d 680 (Tex. Crim. App. 1974).  The district court expressly denied permission to appeal.

The appeal is dismissed.

_____

Jan P. Patterson, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:   April 11, 2002

Do Not Publish